UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60256-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JORGE PALOMEQUE SALAZAR,**

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 30]

THIS CAUSE came before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation on Change of Plea, entered on December 16, 2025 [ECF No. 30]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 30]** is **AFFIRMED AND ADOPTED**. Defendant, Jorge Palomeque Salazar's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 23rd day of December, 2025.

                                            **MELISSA DAMIAN**
cc: counsel of record
    Magistrate Judge Alicia O. Valle         **UNITED STATES DISTRICT JUDGE**